UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RONALD N. SEROTA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DESERT CAB, INC., *et al.*,<br><br>　　　　Defendant, | 2:11-cv-1969-LRH-RJJ<br><br><br>O R D E R |

This matter is before the Court on Plaintiff's Motion and Request For Administrative Guidance Regarding Mandatory Electronic Filing (#25).

The Court having reviewed the Motion (#25) and good cause appearing therefore,

IT IS HEREBY ORDERED that a hearing is scheduled for February 1, 2012, at 1:30 PM on Plaintiff's Motion and Request For Administrative Guidance Regarding Mandatory Electronic Filing (#25).

IT IS FURTHER ORDERED that only Plaintiff, Ronald N. Serota, is required to attend this hearing.

DATED this __24th__ day of January, 2012.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ROBERT J. JOHNSTON
　　　　　　　　　　　　　　　　　　United States Magistrate Judge