UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RONALD N. SEROTA, ) | |
| ) | |
| Plaintiff, ) | 2:11-cv-1969-LRH-RJJ |
| ) | |
| vs. ) | |
| ) | |
| DESERT CAB, INC., *et al.*, ) | O R D E R |
| ) | |
| Defendant, ) | |

This matter is before the Court on Plaintiff's Motion and Request For Administrative Guidance Regarding Mandatory Electronic Filing (#25).

The Court having reviewed the Motion (#25) and good cause appearing therefore,

IT IS HEREBY ORDERED that a hearing is scheduled for February 1, 2012, at 1:30 PM on Plaintiff's Motion and Request For Administrative Guidance Regarding Mandatory Electronic Filing (#25).

IT IS FURTHER ORDERED that only Plaintiff, Ronald N. Serota, is required to attend this hearing.

DATED this   24th   day of January, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge